## UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

| | |
|---|---|
| James Kelly Kearney<br>*Plaintiff*<br><br>v.<br><br>Morgan & Pottinger, P.S.C.<br>*Defendant*<br>Serve:<br>   John T. McGarvey<br>   401 S. Fourth Street<br>   Ste. 1200<br>   Louisville, KY 40202 | Case No. 3:24-cv-299-CHB |

## COMPLAINT and DEMAND FOR JURY TRIAL

### INTRODUCTION

1. This is an action by Plaintiff James Kelly Kearney as a consumer against Defendant Morgan & Pottinger, P.S.C. for its violations of the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. §1692 et seq., which prohibits debt collectors from engaging in abusive, deceptive and unfair collection practices.

### JURISDICTION and VENUE

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, the FDCPA, 15 U.S.C. §1692k(d), and 28 U.S.C. § 2201. Venue is proper because the nucleus of facts and events at issue in this case arose in Bullitt County, Kentucky where Plaintiff resides, and which is located in this district.

### PARTIES

3. Plaintiff James Kelly Kearney is a natural person who resides in Bullitt County, Kentucky and a "consumer" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(3).

4. Defendant Morgan & Pottinger, P.S.C. ("Morgan & Pottinger") is a Kentucky law firm engaged in the business of collecting debts on behalf of others, such as Republic Bank & Trust Co. ("Republic Bank"). Morgan & Pottinger's principal place of business is located at 401 S. Fourth Street, Suite 1200, Louisville, KY 40202.

5. Morgan & Pottinger regularly collects or attempts to collect debts owed or due or asserted to be owed or due another. Morgan & Pottinger's principal purpose is the collection of debt. Morgan & Pottinger is a "debt collector" within the meaning of the FDCPA, as defined by 15 U.S.C. § 1692a(6).

## STATEMENT OF FACTS

6. Mr. Kearney lives in a house built himself situated on one acre in Bullitt County located at 353 Lutz Lane, Shepherdsville, KY 40165.

7. Mr. Kearney owns the house and land outright with no mortgage.

8. James Kelly Kearney has three sons, one of whom is named Kelly Lee Kearney.

9. After he retired from Frito Lay, where he had worked for approximately thirty (30) years, he helped his sons open Kearney Motorsports by investing and working in the business.

10. On or about August 31, 2016, Kelly Lee Kearney (Plaintiff's son) took out a mortgage from Republic Bank for the purchase of real property located at 281 Hare Lane, Mt. Washington, KY 40047, which he used as his personal home and residence.

11. On or about January 10, 2020, Kelly Lee Kearney took out a home equity line of credit ("HELOC") with Republic Bank, which was secured by a mortgage. Kelly Lee Kearney used the proceeds from the HELOC for personal, family, and/or household purposes, which makes the HELOC a debt within the meaning of the FDCPA.

12. The mortgage, drafted by Republic Bank, included, as an Exhibit, a legal description of Plaintiff James Kelly Kearney's property located at 353 Lutz Lane, Shepherdsville, KY 40165 as the property securing the HELOC. This was an error. Kelly Lee Kearney had no legal interest in his father's property located at 353 Lutz Lane, Shepherdsville, KY 40165. Further, Plaintiff James Kelly Kearney did not consent or otherwise agree to his property to serve as secure property for his son's HELOC.

13. On August 23, 2023, Morgan & Pottinger on behalf of Republic Bank filed a foreclosure action against Kelly Lee Kearney in Bullitt Circuit Court, Case No. 23-CI-00664 ("Foreclosure Complaint"). A true and accurate copy of the Foreclosure Complaint is attached as Exhibit "A".

14. In the Foreclosure Complaint, Morgan & Pottinger falsely represented that Kelly Lee Kearney owned, in fee simple, Plaintiff James Kelly Kearney's property located at 353 Lutz Lane, Shepherdsville, KY 40165.

15. On December 7, 2023, Morgan & Pottinger on Republic Bank's behalf moved for judgment and order of sale against Kelly Lee Kearney.

16. On January 24, 2024, the Bullitt Circuit Court granted the motion and entered a judgment and an Order to sell Plaintiff James Kelly Kearney's property located at 353 Lutz Lane, Shepherdsville, KY 40165. The sale date was set for February 27, 2024. A true and accurate copy of the Judgment and Order of Sale is attached as Exhibit "B".

17. Soon thereafter, friends, relatives, and acquaintances (all potential customers for Kearney Motorsports) began calling Mr. Kearney expressing concern about his physical and fiscal well-being and/or came to Mr. Kearney's house to see the property and take pictures to determine whether they wanted to bid on the property.

18. Puzzled at first, Mr. Kearney's brother soon solved the mystery by calling Mr. Kearney and asking him if he knew that his house was for scheduled for sale at the Courthouse steps. His brother's call was the first notice that Mr. Kearney had of the Foreclosure Action or the February 27th sale date.

19. Mr. Kearney was shocked, angered, and greatly upset by the blatant error and the risk to his home.

20. Mr. Kearney's ex-wife reached out to and employed counsel on Mr. Kearney's behalf.

21. Counsel was able to stop the sale. Though as of the date of filing this complaint, the Judgment and Order of Sale is still in effect. Further, the *lis pendis* Morgan & Pottinger filed on Republic Bank's behalf filed in the Bullitt County Clerk's office against Plaintiff's property is still in effect.

22. Morgan & Pottinger violated the FDCPA by attempting to collect Kelly Lee Kearney's debt by selling Plaintiff James Kelly Kearney's home in satisfaction of his son's debt.

**CLAIMS FOR RELIEF**

23. The foregoing acts and omissions of Morgan & Pottinger, P.S.C. constitute violations of the FDCPA. Morgan & Pottinger's violations include but are not limited to:

**15 U.S.C. § 1681f(1):** Morgan & Pottinger foreclosed and obtained a judgment and order of sale for the sale of Plaintiff James Kelly Kearney's home in satisfaction of his son's debt. Morgan & Pottinger had neither a legal nor contractual right to sell the property. To effectuate the sale, the Bullitt County Master Commissioner's office in fact scheduled a sale of Mr. Kearney's home.

**15 U.S.C. § 1681e(2)(A):** Morgan & Pottinger falsely represented that Mr. Kearney owed Republic Bank for payment of a debt that was not and never was Mr. Kearney's debt to Republic Bank.

**15 U.S.C. § 1681e(10):** Morgan & Pottinger used deceptive means to collect Mr. Kearney's son's debts from Plaintiff James Kelly Kearney by attempting to sell Mr. Kearney's home in order to satisfy his son's debt to Republic Bank.

**15 U.S.C. § 1681d:** Morgan & Pottinger engaged in conduct the natural consequences of which were to harass, oppress, and abuse Mr. Kearney by foreclosing on his home and property in order to satisfy his son's debt to Republic Bank.

24. Mr. Kearney has been greatly harmed by Morgan & Pottinger's violations of the FDCPA by slandering the title to his home, by causing him to hire and pay counsel to stop the foreclosure sale of his home, by the loss of sales for Kearney Motorsports, and by causing him humiliation, anger, anxiety, and emotional upset.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff James Kelly Kearney requests that the Court grant him the following relief:

1. Award Plaintiff maximum statutory damages;

2. Award Plaintiff him actual damages;

3. Award Plaintiff him reasonable attorney's fees and costs;

4. A trial by jury; and

5. Such other relief as may be just and proper.

Respectfully submitted,

/s/ James H. Lawson

-5-

                James H. Lawson
                *Lawson at Law, PLLC*
                P.O. Box 1286
                Shelbyville, KY 40066
                Tel: (502) 473-6525
                Fax: (502) 473-6561
                E-mail: james@lawsonatlaw.com