Entered        23-CI-00664        01/24/2024        Paulita Keith, Bullitt Circuit Clerk
Tendered       23-CI-00664        12/07/2023        Paulita Keith, Bullitt Circuit Clerk

NOT ORIGINAL DOCUMENT
01/26/2024 11:54:01 AM
86930

COMMONWEALTH OF KENTUCKY
BULLITT CIRCUIT COURT
CIVIL ACTION NO. 23-CI-00664

REPUBLIC BANK & TRUST COMPANY            PLAINTIFF

VS.      **<u>JUDGMENT AND ORDER OF SALE</u>**

KELLY KEARNEY
UNKNOWN SPOUSE, IF ANY OF KELLY KEARNEY
COMMONWEALTH OF KENTUCKY            DEFENDANTS

\*\*\*    \*\*\*    \*\*\*    \*\*\*

Upon Motion of the Plaintiff, Republic Bank & Trust Company., and the Court being sufficiently advised,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Kelly Kearney and Unknown Spouse, if any, of Kelly Kearney were properly served and are in default for failure to file responsive pleadings in this action.

2. The Commonwealth of Kentucky filed an Answer which does not raise any issues of material fact.

3. The Plaintiff is awarded Judgment against Kelly Kearney on causes of action including breach of contract and unjust enrichment and is declared to have a valid and enforceable mortgage on the property located at 353 Lutz Lane, Shepherdsville, Kentucky 40165.

4. That there is due and owing the Plaintiff under the subject Note and Mortgage herein and the Plaintiff is awarded a personal money judgment against Kelly Kearney, and an in rem judgment against the remaining defendants, in the following amounts:

> Principal balance of $31,905.95, plus interest in the amount of $2,460.38 through November 30, 2023, plus accruing interest at the rate of 14.75% from December 1, 2023 through date of judgment, plus $505.00 in appraisal fees, plus $100.00 in pre-acceleration late charges, all with interest at the rate of 14.75% from date of judgment

TD : 000001 of 000006
JOS : 000001 of 000006

Tendered       23-CI-00664        12/07/2023        Paulita Keith, Bullitt Circuit Clerk
Entered        23-CI-00664        01/24/2024        Paulita Keith, Bullitt Circuit Clerk

Tendered   23-CI-00664   12/07/2023   Paulita Keith, Bullitt Circuit Clerk
Entered    23-CI-00664   01/24/2024   Paulita Keith, Bullitt Circuit Clerk

NOT ORIGINAL
DOCUMENT
01/26/2024 11:54:01
AM
86930

until paid, plus $4000.00 in reasonable attorney fees, plus Court costs herein expended,

for all of which the Plaintiff is adjudged a lien against the following described real estate, together with all improvements, appurtenances, and fixtures, any personal property described in the subject Mortgage, and the rents, issues, and profits there from and thereon, prior and superior to any and all liens and encumbrances of the parties except the following:

    A.    Any city, state, county and school taxes due and payable and all taxes due thereafter.

    B.    Easements, restrictions, covenants of record and applicable zoning ordinances.

    C.    Assessments for public improvements levied against the property.

    D.    Any facts which an inspection and accurate survey of the property may disclose.

Said real estate is situated in Bullitt County, Kentucky, having a street address of 353 Lutz Lane, Shepherdsville, Kentucky 40165, and is more particularly described as follows:

**SEE ATTACHED EXHIBIT "A"**

5. The relief demanded in the Complaint is granted, the mortgage lien of the Plaintiff shall be enforced, and, to that end, the Commissioner of this Court is hereby directed to sell the above-described property in the Fiscal Courtroom of the Courthouse in Bullitt County, Kentucky, located at 300 S. Buckman Street, Shepherdsville, Kentucky, on Feb. 27, 2024, at 9:00 a.m., at the public auction to the highest bidder, upon the terms set forth in BCR 900 and applicable Supreme Court rules.

TD : 000002 of 000006
JOS : 000002 of 000006

Tendered   23-CI-00664   12/07/2023   Paulita Keith, Bullitt Circuit Clerk
Entered    23-CI-00664   01/24/2024   Paulita Keith, Bullitt Circuit Clerk

6. The Master Commissioner shall cause the subject property to be appraised, under oath, by two disinterested, intelligent housekeepers of Bullitt County, Kentucky who shall report their appraisal in writing to the Court.

7. The property hereinabove described is indivisible and it cannot be divided without materially impairing its value or the value of the Plaintiff's interest therein and lien thereon, and said real estate shall be sold as a whole, subject to those items in Paragraph 1 (A-D), for which the purchaser shall not have a credit against the purchase price, but free and clear of all other liens or encumbrances of the parties to this action; however, the Plaintiff shall not be deemed to have warranted title to any purchaser.

8. The proceeds of sale, or a sufficiency thereof, shall, after the payment of all court costs, costs of sale, all Master Commissioner fees and costs, all real estate taxes due and owing at the time of sale, and prior liens adjudicated herein, be applied to the balance owed the Plaintiff as adjudged herein, and the balance of the proceeds of sale, if any, shall be held by the Master Commissioner subject to further orders of this Court.

9. In making the sale, the Commissioner of this Court shall sell the above-described property in accordance with the terms and provisions of BCR 900 as modified by Supreme Court of Kentucky Rules of Administrative Procedure, Part IV, which are incorporated herein by reference. Any purchaser, except the Plaintiff, shall execute his bond payable to the Master Commissioner, it being provided that if the successful bidder is the Plaintiff, no surety shall be required on its bond up to the amount of its debts, interest, and costs herein adjudged.

10. In the event that the purchaser of the property fails to comply with the terms of sale, then, in such event, the Master Commissioner shall immediately resell the property upon the same

terms and conditions as hereinabove set forth, excepting only any necessary changes in the time and date of sale.

11. The Master Commissioner shall report her actions hereunder and this cause shall be and is hereby retained on the docket for such further actions as may be appropriate.

12. The Master Commissioner is authorized and directed to accept one bid by facsimile from the Plaintiff or its counsel and any bid so received shall constitute the initial bid at the sale. The Master Commissioner shall not disclose any such bid until the time of the sale.

13. The Master Commissioner is authorized and directed to cancel any scheduled sale upon receipt of email or facsimile notification to do so from the Plaintiff or its counsel by 8:30 a.m. EST the morning of the scheduled sale. In the event of the cancellation of a sale, the Plaintiff shall reimburse the Master Commissioner for the costs of the canceled sale within thirty (30) days. Also, in the event of a canceled sale, the Master Commissioner shall reschedule the sale and commence advertising again upon email or facsimile notification to do so from the Plaintiff or its counsel.

14. The right is reserved to the Plaintiff to make later claims for amounts advanced for taxes, insurance, assessments, sums expended pursuant to KRS 426.525, and other levies and costs paid by the Plaintiff, and for its reasonable attorney fees expended.

15. Pursuant to CR 54, it is adjudged this is a final and appealable Judgment and Order of Sale, and there is no just reason for delay in its entry or execution.

This the _____ day of _____, 2023.

/s/ HON. RODNEY BURRESS
electronically signed
1/24/2024 9:21:35 AM ET

**JUDGE, BULLITT CIRCUIT COURT**

Case 3:24-cv-00299-CHB   Document 1-2   Filed 05/20/24   Page 5 of 6 PageID #: 17

Entered  23-CI-00664  01/24/2024  Paulita Keith, Bullitt Circuit Clerk
Tendered  23-CI-00664  12/07/2023  Paulita Keith, Bullitt Circuit Clerk

NOT ORIGINAL DOCUMENT
01/26/2024 11:54:01 AM
86930

This is an Order concerning which the Clerk is required to serve notice under BCR 510, and I certify that under said Rule notice should be given to those individuals listed on the attached Distribution List.

TENDERED BY:

**MORGAN POTTINGER MCGARVEY**

_____
Taylor M. Hamilton (92560)
401 S. Fourth Street, Ste. 1200
Louisville, Kentucky 40202
Phone: (502) 589-2780
Fax: (502) 585-3498
*Counsel for the Plaintiff*

HAVE SEEN AND APPROVED:

_____
Hayden Sweat
Master Commissioner

**DISTRIBUTION LIST:**

Taylor M. Hamilton
Morgan Pottinger McGarvey
401 S. Fourth Street, Ste. 1200
Louisville, Kentucky 40202
*Counsel for the Plaintiff*

Tammy Baker
P.O Box 1446
300 S. Buckman Street – 2nd Floor
Shepherdsville, Kentucky 40165

Hayden Sweat
P.O. Box 6721
318 S. Buckman Street
Shepherdsville, Kentucky 40165
*Master Commissioner*

Tendered  23-CI-00664  12/07/2023  Paulita Keith, Bullitt Circuit Clerk
Entered  23-CI-00664  01/24/2024  Paulita Keith, Bullitt Circuit Clerk

TD : 000005 of 000006
JOS : 000005 of 00006

Entered        23-CI-00664        01/24/2024        Paulita Keith, Bullitt Circuit Clerk
Tendered       23-CI-00664        12/07/2023        Paulita Keith, Bullitt Circuit Clerk

NOT ORIGINAL DOCUMENT
01/26/2024 11:54:01 AM
86930

Commencing at a railroad spike in the center of Lutz Lane and the north line of Bohannon Lane; thence with the center of Lutz Lane N. 40 degrees 02' W., 227.30 feet to a railroad spike; thence S. 47 degrees 00' W., 15.00 feet to an iron pin at the beginning; thence S. 47 degrees 00' W. 210.00 feet to an iron pin; thence N. 43 degrees 52' 35" W., 210.00 feet to an iron pin; thence N. 47 degrees 00' E., 210.00 feet to an iron pin in west line of Lutz Lane; thence S. 43 degrees 52' 35" E., 210.00 feet to the point of beginning containing 1.01 acre.

Being the same property conveyed to Kelly Kearney, unmarried, by Deed dated January 1, 1993, and recorded on June 23, 1993, of record in Deed Book 374, Page 214, in the Office of the Clerk of the County Court of Bullitt County, Kentucky.

Parcel ID No. 080-000-00-028A

THIS INSTRUMENT PREPARED AND EXECUTED BY:

MORGAN POTTINGER MCGARVEY

_____
Taylor M. Hamilton (92560)
401 South Fourth Street, Suite 1200
Louisville, Kentucky 40202
Phone: (502) 572-7058
Fax: (502) 572-8058
*Counsel for Plaintiff*

EXHIBIT A

Tendered       23-CI-00664        12/07/2023        Paulita Keith, Bullitt Circuit Clerk
Entered        23-CI-00664        01/24/2024        Paulita Keith, Bullitt Circuit Clerk

TD : 000006 of 000006
JOS : 000006 of 000006