# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

| | | | |
|---|---|---|---|
| James Kelly Kearney | ) | | |
| *Plaintiff* | ) | | |
| | ) | | |
| v. | ) | Case No. | 3:24-cv-00299-CHB |
| | ) | | |
| Morgan & Pottinger, P.S.C. | ) | | |
| | ) | | |

Plaintiff James Kelly Kearney, by counsel, hereby gives notice of filing the summons for Defendant Morgan & Pottinger, P.S.C.

Respectfully submitted,

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
P.O. Box 1286
Shelbyville, KY 40066
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@lawsonatlaw.com