UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| James Kelly Kearney, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:24-cv-299-CHB-RSE |
| | ) |
| v. | ) |
| | ) |
| Morgan & Pottinger, P.S.C., | ) |
| | ) |
| Defendant. | ) |

# Morgan & Pottinger, P.S.C.'s
# Motion for Summary Judgment

Defendant, Morgan & Pottinger, P.S.C., moves the Court for summary judgment because there is no genuine issue that the loan underlying plaintiff's claims was taken out for business purposes and such debt cannot support a claim under the FDCPA. A memorandum in support of this motion is attached.

Respectfully submitted,

*/s/ John H. Dwyer, Jr.*
Marcia L. Pearson
John H. Dwyer, Jr.
J. Trey Shoemaker
Wilson Elser Moskowitz Edelman
   & Dicker, LLP
100 Mallard Creek Rd., Suite 250
Louisville, KY  40207
Telephone: (502) 238-8500
Email: marcia.pearson@wilsonelser.com
          john.dwyer@wilsonelser.com
          trey.shoemaker@wilsonelser.com
*Counsel for Defendant Morgan & Pottinger, P.S.C.*

322842477v.1