

# CASE NO. 3:24-CV-299-CHB-RSE

# JAMES KELLY KEARNEY

# V.

# MORGAN & POTTINGER, P.S.C.

# DEPONENT:
# KELLY LEE KEARNEY

# DATE:
# June 26, 2025



Exhibit A

Case 3:24-cv-00299-CHB-CHL   Document 24-2   Filed 10/31/25   Page 2 of 10 PageID #: 74
The Deposition of KELLY LEE KEARNEY, taken on June 26, 2025

10

| | | |
|---|---|---|
| 1 | Q. | Okay. And when did you sell that house? |
| 2 | A. | 2023 -- two -- yeah, it's 33 -- '23. |
| 3 | Q. | Where do you work now? |
| 4 | A. | Tom Gray Motorsports. |
| 5 | Q. | Okay. And where is that located? |
| 6 | A. | Downtown, off of Broadway. 811 East Broadway. |
| 7 | Q. | Okay. What do you do there? |
| 8 | A. | I just run his sales department. |
| 9 | Q. | Okay. Beginning in, excuse me, say 2018 or so, give me a linear description of your work history, where you worked? |
| 12 | A. | Would've been with Kearney Motorsports at that time, with my brother -- worked with my brother. |
| 14 | Q. | Okay. It's your brother -- which brother? |
| 15 | A. | Corey. |
| 16 | Q. | Does he own Kearney Motorsports? |
| 17 | A. | He does. |
| 18 | Q. | Have you ever had an ownership interest in Kearney Motorsports? |
| 20 | A. | No, not -- not like formally, no. |
| 21 | Q. | What do you mean like formally -- |
| 22 | A. | Like on any type of legal documents or paperwork? No. |
| 24 | Q. | Did you have any sort of -- |
| 25 | | MR. DWYER: Thank you -- Any sort of informal? |

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   A.  There would've been, yeah, an informal.
2   Q.  And describe that relationship.
3   A.  We opened a second dealership in Louisville.
4   Informally, I was getting half the profits from
5   basically.
6   Q.  Okay.  Where was that located?
7   A.  5705 Bardstown Road in Fern Creek.
8   Q.  Okay.  That's in Jefferson County?
9   A.  Yeah.
10  Q.  And then where is Kearney -- is that shop
11  still open?
12  A.  No, it's not.
13  Q.  And then where is the other Kearney
14  Motorsports location?
15  A.  There's one in J-Town, off of Taylorsville
16  Road.  There's one in Radcliff, and one in
17  Shepherdsville.
18  Q.  Okay.  Which ones did you work at?
19  A.  I've been at the Shepherdsville and J-Town.
20  Q.  Okay.
21  A.  Never been to the Radcliff one.
22  Q.  Have you ever been married?
23  A.  No.
24      MR. DWYER:  Do you have a book of exhibits
25  stickers?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

1        THE REPORTER:  Uh-huh.
2   BY MR. DWYER:
3        Q.   I'm going to show you what we're going to mark
4   as Exhibit 1 to your deposition.  It's a Uniform
5   Residential Loan Application, showing you as the
6   borrower and Republic Bank as the lender.  Is that your
7   signature on the fourth page?
8             (Exhibit 1 was marked for identification.)
9        A.   Yeah.
10  BY MR. DWYER:
11       Q.   Okay.  Did you take a loan out at Republic
12  Bank in 2020?
13       A.   Yes.
14       Q.   Okay.  And at the time, you lived at 281 Hare
15  Lane?
16       A.   Yeah.
17       Q.   And did you take out a home equity loan?
18       A.   Yes.
19       Q.   Okay. All right.  At the front of -- on the
20  first page of this exhibit, do you see in the upper
21  right, lender's case number?
22       A.   Yes.
23       Q.   Okay.  And that ends in 3811, right?
24       A.   Yep.
25       Q.   Okay.  Why did you take this loan down?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1        A.    I took it out to -- to help open the second
 2   Kearney Motorsports store that we opened.
 3        Q.    Okay.  And is that what you used the proceeds
 4   for?
 5        A.    Yes.
 6        Q.    And which -- now, there were four Kearney
 7   Motorsports stores that we talked about.  Which store -
 8   - or did you use this money on?
 9        A.    This was the Bardstown Road location.
10        Q.    Okay.  Did you guys own the building there?
11        A.    We did not.
12        Q.    Did you lease it then?
13        A.    Yeah.
14        Q.    Okay.  What did you actually use the money
15   for?  To improve the property?  Buy inventory?  What?
16        A.    Well, it went to my brother, but it's a
17   combination of -- yeah, it was -- we remodeled the whole
18   inside of the property.
19        Q.    Had it been a car store before?
20        A.    It had -- it hadn't been nothing for about
21   five years, so -- but it was -- yeah, it was a 44 Auto
22   Mart.
23        Q.    Okay.
24        A.    Yeah.
25        Q.    And was this investment what you got the
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  informal ownership interest in Kearney Motorsports for?
 2       A.   Yes.
 3       Q.   I'm not going to put this on the record, but I
 4  want to straighten it out.  Is this your correct Social
 5  Security number --
 6       A.   Right here?
 7       Q.   Yeah.
 8       A.   Yes.
 9       Q.   Okay.  Is that your correct date of birth?
10       A.   Yes.
11       Q.   Okay.  And when you understood that you were
12  putting a second mortgage on the house at Hare Lane when
13  you did this?
14       A.   Yeah.
15       Q.   Okay.
16       A.   I didn't put that it was for home improvement,
17  though.  I know that.
18       Q.   So looking back on Exhibit 1, printed almost
19  dead center, in the middle of the page, there's a line
20  that says, "Complete this line if this is a refinance
21  loan."  Most of that line's blank, but in the middle, it
22  says, "Purpose of refinance," and the -- and appears to
23  be an entry in that box that says, "Home improvement,"
24  right?
25       A.   Yep.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Q. And you didn't represent to the bank that's
2  what you're using the money for, did you?
3  A. No, I didn't.
4  Q. The loan officer I think is identified as
5  Kevin Quick?
6  A. Yeah.
7  Q. Did you tell him what you were using the loan
8  for?
9  A. Yes, he knew.
10 Q. Okay. You're looking over Exhibit 1 pretty
11 carefully right now. Do you recall looking it over this
12 carefully when you signed all the loan paperwork?
13 A. I don't think I did. No, sir.
14 Q. Okay --
15 A. But --
16 Q. This was just one of many things I've seen you
17 signed that day?
18 A. Yes.
19 Q. Okay. Let's look briefly at another one we'll
20 mark as Exhibit 2. This is --
21       THE VIDEOGRAPHER: Really quickly, could I get
22   you to readjust your mic --
23       MR. DWYER: Yeah. I think you're kind of
24   leaning on it, yeah, yeah, yeah.
25       THE WITNESS: I'm sorry. Yeah, I didn't --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   Okay.  And so Exhibit 5 is a checking deposit
2  of $30,000 into the checking account that you had just
3  opened, right?
4           (Exhibit 5 was marked for identification.)
5    A.   Right.
6  BY MR. DWYER:
7    Q.   Right number, right?  Next exhibit, 6, which
8  is perilously stapled, this is a bank statement, right?
9           (Exhibit 6 was marked for identification.)
10   A.   Uh-huh.
11 BY MR. DWYER:
12   Q.   And it's a statement for the account ending in
13 8629, that we've been talking about, right?
14   A.   Yeah.
15   Q.   And it looks like it's the first statement
16 because if you look at the opening balance, it's zero,
17 right?
18   A.   Yep.
19   Q.   And then it shows a deposit of $30,000 on
20 January 15th, right, if you look at the second page?
21   A.   Yeah.
22   Q.   And that's the loan proceeds we just looked at
23 in Exhibit 5, right?
24   A.   Yeah.
25   Q.   And then on the very same date, January 15,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

```
1        A.   Yeah.  I've never even heard of Kearney
2   Organization, no.
3        Q.   Okay.
4        A.   I've always -- I mean, I've thought it went to
5   Kearney Motorsports, but I don't know how my brothers
6   got things set up, but --
7        Q.   Okay.  Would it surprise you that -- would you
8   recognize 183 Sunview Court?  The address?
9        A.   That would be his -- at the time, yeah, that
10  would be his -- I guess his address, yeah, he lived at.
11       Q.   Okay.
12       A.   That was his house before the house he is at
13  now.
14       Q.   Okay.  And so it was your intent with making
15  this loan and providing the money to your brother, that
16  it go to the improved property and provide inventory for
17  Kearney Motorsports location in Fern Creek?
18       A.   Yes.
19       Q.   Okay.  And as far as you know, is that what
20  happened to it?
21       A.   Yeah.
22       Q.   Did you guys actually money building out that
23  building and getting inventory?
24       A.   We spent a lot of money on it, yeah.
25       Q.   Okay.  Did you owe your brother or any company
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  that he controlled any money at that time?
2      A.   No.
3      Q.   And you were an employee of Kearney
4  Motorsports at the time?
5      A.   Yes.
6      Q.   Did you ever get any of this money back?
7      A.   No.
8      Q.   At the time you were getting a loan -- now
9  going back in time -- well, around the same time.
10 Actually January 2020.  Did you have any conversations
11 with your father about it?
12     A.   No.  We actually -- no, we never talked about
13 it because it was just a -- something between me and my
14 brother.
15     Q.   Did -- I'm going to call him your father
16 because it's probably easier than trying to get the
17 names right.
18     A.   I mean, I'm sure in some type of conversation,
19 he knew.  Obviously he would've known about it, but --
20     Q.   Well, my question was going to be, did he work
21 for Kearney Motorsports at the time?
22     A.   He did.
23     Q.   Okay.  So would he have likely known that the
24 organization was opening a store in Fern Creek?
25     A.   Yeah, he would've.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com