LOUISVILLE  LEXINGTON  LONDON  FLORENCE  CINCINNATI  INDIANAPOLIS  ORLANDO  JACKSONVILLE  TAMPA



# KENTUCKIANA
## — COURT REPORTERS —

## CASE NO. 3:24-cv-299-CHB-RSE

## JAMES KELLY KEARNEY

## V.

## MORGAN & POTTINGER, P.S.C.

## DEPONENT:

## KOREY KEARNEY

## DATE:

## August 08, 2025

Exhibit B



✉ schedule@kentuckianareporters.com

☎ 877.808.5856 | 502.589.2273

www.kentuckianareporters.com

1          it tells you the date.  And this time, the

2          building's been repainted.  It looks like the lot's

3          been tarred.  And there's a Kearney sign up on the

4          building on the left, correct?

5               (Exhibit 3 was marked for identification.)

6     A.   (No verbal response.)

7     Q.   **Did you -- was that a yes?**

8     A.   Yes.

9     Q.   **Yeah, like that.  I told you that would**

10    **happen.  So -- I told you it happens every time.  Did**

11    **you operate the -- or, both the buildings that are green**

12    **and black on this exhibit, were they both part of the**

13    **store?**

14         A.   That's correct.

15         Q.   **Okay.  So, what did Kearney Motorsports do to**

16    **go from Exhibit 2 to Exhibit 3 in terms of improving the**

17    **property?  Paint it, right?**

18         A.   Paint.  There was -- we -- we did a lot of

19    exterior -- or, excuse me, interior upgrades.  The

20    building had a lot of plumbing issues too.  Gosh, I

21    don't remember everything that we --

22         Q.   **Okay.**

23         A.   -- we did there, but --

24         Q.   **That's okay.**

25         A.   -- I believe there was a continual work in

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.   Anything, yeah.  Any money at all?  Did he put

2  money into it?

3      A.   I don't know.

4      Q.   Okay.

5      A.   I -- I don't know that I -- I don't know that

6  I agree with that.

7           MR. DWYER:  Okay.  Well, let me show you what

8      we're going to mark as Exhibit 5 to your

9      deposition. This was also an exhibit to Kelly's

10     deposition.  This is a bank statement from Kearney

11     Organization that we obtained.

12         (Exhibit 5 was marked for identification.)

13  BY MR. DWYER:

14     Q.   Did Kearney Organization bank with Republic

15  Bank?

16     A.   Yes.

17     Q.   Okay.  Do you recognize this as a bank

18  statement from your company?

19     A.   Yes.

20     Q.   Okay.  And you can see the date is

21  January 15th, 2020, right?

22     A.   Yes.

23     Q.   And this document shows a deposit in the

24  amount of $25,000.  Do you see that?

25     A.   Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:24-cv-00299-CHB-CHL    Document 24-3    Filed 10/31/25    Page 4 of 5 PageID #:
The Deposition of KOREY KEARNEY, taken on August 08, 2025

86

21

1    Q.    Okay.  Flip over to the second page of the

2    exhibit.  You can see that the source of that document

3    was Kelly Kearney, if you look at the middle of the

4    page, right?

5    A.    Yes.

6    Q.    Okay.  So, based on reviewing Exhibit 5, does

7    that refresh your recollection as to whether Kelly

8    Kearney paid $25,000 to Kearney Organization in January

9    of 2020?

10    A.    I just don't recall exactly what that's for

11    very well.  I mean, date-wise, lining up very well.

12    Could have been for help in repairs of the store,

13    loaning me money, something to that effect.

14    Q.    Okay.

15    A.    And as far as investing in Kearney Motorsports

16    or Kearney Organization, Kelly has never done so.

17    Q.    Okay.  And when you use the word investing, do

18    you mean giving money in exchange for an ownership

19    percentage?

20    A.    That's correct.  He's never done that.

21    Q.    Okay.  But based on Exhibit 5, it appears that

22    he gave money -- paid money to Kearney Organization.

23    A.    Or loaned it, yes.

24    Q.    Or loaned it.  Do you have any note or other

25    document indicating whether this was a loan or some

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    other sort of payment?

2         A.   I don't exactly remember what this transaction

3    exactly was.

4         Q.   Okay.

5         A.   So I -- I couldn't speak to that.

6         Q.   So, if Kelly testified it was to make

7    improvements to the store in Fern Creek, would you

8    dispute that?

9         A.   Probably not.

10        Q.   Okay.  Do you have any recollection or record

11   of paying Kelly any of this money back?

12        A.   I paid Kelly a lot of money.

13        Q.   For what?

14        A.   His role at my company, or specific to the

15   Fern Creek location when I owned it.  Was -- his

16   compensation plan was to be 50 percent of the profits

17   that the store made.

18        Q.   Okay.  So, when you say you paid Kelly a lot

19   of money, he was an employee, right?

20        A.   That's correct.

21        Q.   Okay.  And his arrangement with you was a

22   50-percent profit share of the Fern Creek location?

23        A.   Yes.

24        Q.   Okay.

25        A.   But not to be confused with ownership?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com