**REPUBLIC BANK**
*It's just easier here.*

RepublicBank.com    Member FDIC

Kelly L Kearney
281 Hare Ln
Mt Washington KY 40047-6018

Account:  ######8629
Statement Date:  01/31/20    Page 1

Your Account Managed By
SHEPHERDSVILLE BANKING CTR
(502) 543-1880
WHITNEY BAXTER
Sales & Service Manager

| YOUR ACCOUNTS AT A GLANCE | |
|---|---|
| Checking Balance | $ 4,352.41 |

## ACCOUNT STATEMENT

ZELLE IS A FAST, SAFE AND EASY WAY TO SEND MONEY DIRECTLY TO FRIENDS AND FAMILY THROUGH REPUBLIC BANK'S INTERNET & MOBILE BANKING. EASILY PAY OTHER PEOPLE ONLINE USING NOTHING MORE THAN A MOBILE NUMBER OR EMAIL. * MESSAGE AND DATA RATES MAY APPLY FROM YOUR WIRELESS CARRIER.

**ULTIMATE CHECKING**    Account ######8629

| | | | |
|---|---|---|---|
| Beginning Balance on 1/10/20 | $ | 0.00 | |
| + Deposits and other Credits (2) | $ | 30,003.00 | |
| Interest Paid | $ | 0.00 | Average Daily Balance    3,787.00 |
| - Checks and other Debits (14) | $ | 25,650.59 | |
| Service Charges | $ | 0.00 | |
| Ending Balance on 1/31/20 | $ | 4,352.41 | |

**CHECKS & OTHER DEBITS**    (* indicates break in check sequence)

| Date | Description | Amount |
|---|---|---|
| 1/15 | DEBIT MEMO | 25,000.00 |

**ATM & POS DEBITS**

| Date | Description | Amount |
|---|---|---|
| 1/28 | ATM WITHDRAWAL<br>FERN CREEK B- 6310 BARDSTOW LOUISVILLE<br>KY LK9281 *****9708 01/28 12:37 | 203.00 |
| 1/29 | Debit Card Transaction<br>WM SUPERC Wal-Mart Sup LOUISVILLE (S KY | 116.07 |
| 1/30 | Debit Card Transaction<br>ARBY S 6964 MOUNT WASHING KY 757603<br>*****9708 01/28 02:27 | 11.00 |
| 1/30 | Debit Card Transaction | 18.91 |

**REPUBLIC BANK**
*It's just easier here.*

RepublicBank.com   Member FDIC

Kelly L Kearney

Account ######8629
Statement Date 01/31/20

Page 2

# ACCOUNT STATEMENT

## ATM & POS DEBITS (cont.)

| Date | Description | Amount |
|---|---|---|
| | ASPEN CREEK- LOUISVILL LOUISVILLE KY 0067 *****9708 01/29 05:02 | |
| 1/30 | Debit Card Transaction | 65.01 |
| | CIRCLE K 03204 117 S. MOUNT WASHING KY 0008 *****9708 01/30 10:30 | |
| 1/30 | Debit Card Transaction | 91.63 |
| | O'REILLY AUTO PARTS 511 HILLVIEW KY | |
| 1/31 | Debit Card Transaction | 2.00 |
| | 8TH LANE GRILL LLC JEFFERSONVLLE IN | |
| 1/31 | Debit Card Transaction | 2.20 |
| | LOWE'S #2945 SHEPHERDSVILL KY 001 *****9708 01/31 12:58 | |
| 1/31 | Debit Card Transaction | 10.23 |
| | DUNKIN #358134 MOUNT WASHING KY 0050 *****9708 01/30 05:04 | |
| 1/31 | Debit Card Transaction | 18.20 |
| | NEW CHINA A INC MT WASHINGTON KY | |
| 1/31 | Debit Card Transaction | 28.00 |
| | NST BEST BUY #335 9720 LOUISVILLE KY | |
| 1/31 | Debit Card Transaction | 32.19 |
| | LOWE'S #2945 SHEPHERDSVILL KY 001 *****9708 01/31 12:57 | |
| 1/31 | Debit Card Transaction | 52.15 |
| | KENNY S CLEANERS MT WASHINGTON KY | |

## DEPOSITS & OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 1/15 | DEPOSIT | 30,000.00 |
| 1/28 | SURCHARGE REBATE LK9281 FERN CREEK B- 6310 BARDSTOW LOUISVILLE K | 3.00 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 1/10 | 0.00 | 1/18 | 5,000.00 | 1/26 | 5,000.00 |
| 1/11 | 0.00 | 1/19 | 5,000.00 | 1/27 | 5,000.00 |
| 1/12 | 0.00 | 1/20 | 5,000.00 | 1/28 | 4,800.00 |
| 1/13 | 0.00 | 1/21 | 5,000.00 | 1/29 | 4,683.93 |
| 1/14 | 0.00 | 1/22 | 5,000.00 | 1/30 | 4,497.38 |
| 1/15 | 5,000.00 | 1/23 | 5,000.00 | 1/31 | 4,352.41 |
| 1/16 | 5,000.00 | 1/24 | 5,000.00 | | |
| 1/17 | 5,000.00 | 1/25 | 5,000.00 | | |

Account:59248629
Period:January 10, 2020 - January 31, 2020
Page:3 of 3

| | |
|---|---|
| [check image: Republic Bank credit/debit checking transaction, customer name Kelly Kearney, description "transfer per client request", total amount $25,000.00] | |

01/15/2020         $25,000.00