**REPUBLIC BANK**
It's just easier here.

---

**CHECKING DEPOSIT**

| | | | |
|---|---|---|---|
| 20200115 | 9:49:08 | 20 | D02B020004 |
| 000000013 | DDA Commercial Deposit | | 201 |

**58862676**　　　　　　　　　　Amount: $　**25,000.00**

　　　　　　　　　　　　　　　　　　　　　　6 7 8 ⑊　　　　⑊" 0 0 0 2 5 0 0 0 0 0 ⑊"

01/15/2020　　　　　　　$25,000.00
96710200526741

---

**CREDIT/DEBIT**　**REPUBLIC BANK**　　　　**CHECKING TRANSACTION**
VOLUFORMS® FSCTCB　www.republicbank.com　DATE　PREPARED BY　APPROVED BY IF ≥ $10,000

CUSTOMER NAME　*Kelly Kearney*

SIGNATURE　　　　　　　　　　　1·15·2020 U Baxter X. Quick

DESCRIPTION:　　　　　　　CREDIT　　　　　DEBIT
　　　　　　　　　　　30 - Credit Memo　60 - Debit Memo
　　　　　　　　　　　　　　　　　　98 - Closing Entry

*transfer per client request*

ACCOUNT NUMBER　　　　TRAN CODE　　TOTAL AMOUNT
 *429*　　　　✱ *60*　$　*25000.00*

01/15/2020　　　　　　　$25,000.00
　　　　　　742

---

**TRANSACTION INFORMATION TICKET**

| | | | |
|---|---|---|---|
| 20200115 | 9:49:08 | 20 | D02B020004 |
| 000000013 | DDA Commercial Deposit | | 201 |
| 676 | (D) | | |

| Cash In | $0.00 | Cash Out | $0.00 |
|---|---|---|---|
| Checks In | $25,000.00 | Total | $25,000.00 |
| Other | $0.00 | | |

**Exhibit D**

01/15/2020　　　　　　　$.00
　　　743

Kearney 000730