NOT ORIGINAL DOCUMENT
10/31/2025 12:16:56 PM
84393

COMMONWEALTH OF KENTUCKY
BULLITT CIRCUIT COURT
CIVIL ACTION NO. 23-CI-00664

REPUBLIC BANK & TRUST COMPANY     PLAINTIFF

VS.     **NOTICE – MOTION – ORDER**

KELLY KEARNEY, ET AL.     DEFENDANTS

\*\*\*   \*\*\*   \*\*\*   \*\*\*

### NOTICE

Please take notice that the undersigned will on Monday, February 5, 2024, at 9:00 a.m., in the above-stated courtroom, make the Motion and tender the Order attached hereto.

### MOTION FOR ENTRY OF AMENDED JUDGMENT

Comes the Plaintiff, Republic Bank & Trust Company, by and through counsel, and respectfully moves the Court to enter the Amended Judgment tendered herewith. Newly discovered information reveals that the Lutz Lane property is actually owned by the debtor's father who has the same name as his son. Therefore, the Plaintiff seeks to Amend it's Judgment to only take a personal, monetary Judgment against the debtor/son, and to release the Order of Sale with respect to the Lutz Lane property.

MORGAN POTTINGER MCGARVEY

_____
Taylor M. Hamilton (KBA #92560)
401 S. Fourth Street, Ste. 1200
Louisville, Kentucky 40202
Phone: (502) 589-2780
Fax: (502) 585-3498
*Counsel for Plaintiff*

Exhibit E

Filed          23-CI-00664    01/29/2024          Paulita Keith, Bullitt Circuit Clerk

NOT ORIGINAL DOCUMENT
10/31/2025 12:16:56 PM
84393

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed on the 29th day of January, 2024, to:

Tammy Baker
P.O Box 1446
300 S. Buckman Street – 2nd Floor
Shepherdsville, Kentucky 40165

Hayden Sweat
P.O. Box 6721
318 S. Buckman Street
Shepherdsville, Kentucky 40165
*Master Commissioner*

_____
Taylor M. Hamilton