UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| James Kelly Kearney, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:24-cv-299-CHB-RSE |
| | ) | |
| v. | ) | |
| | ) | |
| Morgan & Pottinger, P.S.C., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANTS' INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**

**INTERROGATORIES**

**INTERROGATORY NO. 1:** Please state your present home address, place of employment, date of birth, job title, and duties performed there. If you are retired, please state when you retired, your last employer, your position there, as well as any investments or work taken during retirement.

**ANSWER:**

353 Lutz Lane, Shepherdsville, KY 40165

June 13, 1962

Retired from Kearney Motor Sports

**INTERROGATORY NO. 2:** Please describe your role in helping your sons open any "Kearney affiliated business" and any subsequent involvement in the business, including but not limited to (1) any and all amounts invested indicating the dates and amounts invested; (2) what position(s), if any, you hold as an investor, owner, and/or worker; and (3) any and all monetary returns on your investment into the business indicating the dates and amounts received.

**ANSWER:**

304581049v.1

Exhibit F

Plaintiff contributed approximately $50,000 to start Kearney Motor Sports. These funds are still invested.

Plaintiff worked as shop manager at Kearney Motor Sports

**INTERROGATORY NO. 3:** Please state with specificity any and all facts supporting the allegations in Paragraph 11 of your Complaint alleging that your son, Kelly Lee Kearney used the proceeds of the home equity line of credit ("HELOC") obtained from Republic Bank for personal, family, and/or household purposes; including identifying how, when, and who provided said information.

**ANSWER:**

To the best of Plaintiff's knowledge, Kelly Lee Kearney did not have business ventures that he used the funds from the HELOC for. These funds were used for purposes of catching up on debts and improving the condition of Kelly Lee Kearney's home.

**INTERROGATORY NO. 4:** Please state whether you had any conversations with your son, Kelly Lee Kearney regarding obtaining the HELOC from Republic Bank, including but not limited to, (1) why he decided to obtain the HELOC; (2) what he used the proceeds of the HELOC for; (3) whether he invested any portion of the HELOC into a Kearney affiliated business; and (4) whether Kelly Lee Kearney had any knowledge prior to accepting the HELOC that the property located at 353 Lutz Lane, Shepherdsville, KY 40165 was listed as collateral in the mortgage securing the HELOC in error.

**ANSWER:**

1. Plaintiff does not recall having any direct conversations with Kelly Lee Kearney regarding the decision to take out the HELOC.

2. Plaintiff does not recall having any direct conversations with Kelly Lee Kearney regarding what he used the funds for the HELOC for.

3. Kelly Lee Kearney does not have any financial interest in Kearney Motor Sports. Therefore, Plaintiff can state definitively that Kelly Lee Kearney did not use any of the funds from the HELOC to invest into the business.