**UNITED STATES DISTRICT COURT**
Western District of Kentucky
Louisville Division

| | |
|---|---|
| James Kelly Kearney<br>*Plaintiff*<br><br>v.<br><br>Morgan & Pottinger, P.S.C.<br>*Defendant* | )<br>)<br>)<br>)  Case No. 3:24-cv-299-RSE<br>)<br>)<br>)<br>) |

### MOTION FOR EXTENSION OF TIME TO RESPOND
### TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff James Kelly Kearney moves under Fed. R. Civ. P. 6(b) for an extension of time up and until December 5, 2026, to respond to Defendant's motion for summary judgment. Undersigned counsel has consulted with opposing counsel, who has no objection to this motion.

As grounds, Plaintiff states that he is in attendance at legal conference out of state during the week of November 10, 2025, and of course Thanksgiving falls within the response time.

Respectfully Submitted,

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
P.O. Box 1286
Shelbyville, KY 40066
Tel:   (502) 473-6525
Fax:   (502) 473-6561
james@lawsonatlaw.com
*Counsel for Plaintiff*
*James Kelly Kearney*

## CERTIFICATE OF SERVICE

      This is to certify that I filed the foregoing document via the Court's CM/ECF system this 14th day of November 2025, which will provide a Notice of Electronic Filing (NEF) to all counsel of record.

                                /s/ James H. Lawson
                                James H. Lawson
                                Counsel for Plaintiff