**UNITED STATES DISTRICT COURT**
Western District of Kentucky
Louisville Division

| | |
|---|---|
| James Kelly Kearney )<br>*Plaintiff* )<br> )<br>v. )<br> )<br>Morgan & Pottinger, P.S.C. )<br>*Defendant* )<br> ) | Case No. 3:24-cv-299-RSE |

### ORDER

Plaintiff James Kelly Kearney's motion under Fed. R. Civ. P. 6(b) for an extension of time up and until December 5, 2026, to respond to Defendant's motion for summary judgment is HEREBY GRANTED. Plaintiff shall file his response on or before December 5, 2025.

.