UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| JAMES KELLY KEARNEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:24-CV-299-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING EXTENSION OF** |
| MORGAN & POTTINGER, P.S.C., | ) | **TIME** |
| | ) | |
| Defendant. | ) | |

\*\*\*     \*\*\*     \*\*\*     \*\*\*

This matter is before the Court on Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment, [R. 25]. Plaintiff's motion seeks to extend the deadline to respond to Defendant's Motion for Summary Judgment to December 5, 2026. *Id.* at 1. However, the Court understands the requested date to be a typo and believes that Plaintiff intended to seek an extension to December 5, 2025. *See* [R. 25- 1 (Proposed Order listing December 5, 2025)]. The Court further notes that the motion represents that defendant has no objection to the requested extension. *Id.*

Therefore, having reviewed the motion, the representation of no objection by the defendant, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment, [**R. 25**], is **GRANTED**.

2. Plaintiff **SHALL** have **up to and including December 5, 2025** within which to file his response to Defendant's Motion for Summary Judgment, [R. 24].

This the 18th day of November, 2025.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:     Counsel of Record