ULI: X6T32LKEPUT8LQMW6755BC002071551902

**Republic Bank & Trust Company, NMLS# 402606 | Originator: Kevin Christopher Quick, NMLS# 855430**

# UNIFORM RESIDENTIAL LOAN APPLICATION

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

_____    _____
Borrower                              Co-Borrower

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA ☐ Conventional ☒ Other(explain): **HELOC** ☐ FHA ☐ USDA/Rural Housing Service | Agency Case Number | Lender Case Number **83613811** |
|---|---|---|---|
| Amount **$32,000.00** | Interest Rate **4.250 %** | No. of Months **120** | Amortization Type: ☐ Fixed Rate ☐ GPM | ☐ Other (explain): **HELOC** ☒ ARM (type): **HELOC PROMO < 700 Max 90% CLTV** |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state & ZIP) **281 Hare Ln, Mount Washington, KY 40047-6018** | No. of Units **1** |
|---|---|
| Legal Description of Subject Property (attach description if necessary) **See Exhibit A** | Year Built **2016** |

Purpose of Loan: ☐ Purchase ☐ Construction ☒ Other (explain): **Second** ☐ Refinance ☐ Construction-Permanent    Property will be: ☒ Primary Residence ☐ Secondary Residence ☐ Investment

*Complete this line if construction or construction-permanent loan.*

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a+b) $ |
|---|---|---|---|---|---|

*Complete this line if this is a refinance loan.*

| Year Acquired | Original Cost $ | Amount Existing Liens $ | Purpose of Refinance **Home Improvement** | Describe Improvements ☐ made ☐ to be made Cost $ |
|---|---|---|---|---|

| Title will be held in what Name(s): **Kelly Kearney** | Manner in which Title will be held **Sole** | Estate will be held in: ☒ Fee Simple ☐ Leasehold (show expiration date) |
|---|---|---|
| Source of Down Payment, Settlement Charges, and/or Subordinate Financing (explain) **Equity On Subject Property** | | |

## III. BORROWER INFORMATION

| **Borrower** | **Co-Borrower** |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) **Kelly Kearney** | Co-Borrower's Name (include Jr. or Sr. if applicable) |
| Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School **16** | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School |
| ☐ Married ☒ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Co-Borrower) no. ages | ☐ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Borrower) no. ages |
| Present Address (street, city, state, ZIP) ☒ Own ☐ Rent **3** No. Yrs. **11** No. Mos. **281 Hare Ln Mount Washington, KY 40047-6018** | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. ___ No. Mos. |
| Mailing Address, if different from Present Address **281 Hare Lane Mount Washington, KY 40047** | Mailing Address, if different from Present Address |

*If residing at present address for less than two years, complete the following:*

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. ___ No. Mos. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. ___ No. Mos. |
|---|---|
| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. ___ No. Mos. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. ___ No. Mos. |



Kearney 000515

| Borrower | | | IV. EMPLOYMENT INFORMATION | | Co-Borrower | |
|---|---|---|---|---|---|---|
| Name & Address of Employer<br>**Kearney Motorsports**<br>**5400 North Preston Highway**<br>**Shepherdsville, KY 40165** | ☐ Self Employed | Yrs. on this job<br>**4 yrs**<br>**0 mos** | Name & Address of Employer | ☐ Self Employed | Yrs. on this job | |
| | | Yrs. employed in this line of work/profession<br>**10 yrs**<br>**0 mos** | | | Yrs. employed in this line of work/profession | |
| Position/Title/Type of Business<br>**General Manager / Automotive / Automotive** | | Business Phone (incl. area code)<br>**502-957-1906** | Position/Title/Type of Business | | Business Phone (incl. area code) | |

*If employed in current position for less than two years or if currently employed in more than one position, complete the following:*

| Name and Address of Employer | ☐ Self Employed | Dates (from-to) | Name and Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income | | | Monthly Income |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |
| Name and Address of Employer | ☐ Self Employed | Dates (from-to) | Name and Address of Employer | ☐ Self Employed | Dates (from-to) |
| | | Monthly Income | | | Monthly Income |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |
| Name and Address of Employer | ☐ Self Employed | Dates (from-to) | Name and Address of Employer | ☐ Self Employed | Dates (from-to) |
| | | Monthly Income | | | Monthly Income |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |
| Name and Address of Employer | ☐ Self Employed | Dates (from-to) | Name and Address of Employer | ☐ Self Employed | Dates (from-to) |
| | | Monthly Income | | | Monthly Income |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

### V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 7,390.37 | $ | $ 7,390.37 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 564.21 | $ 564.21 |
| Bonuses | | | | Other Financing (P&I) | | 113.33 |
| Commissions | | | | Hazard Insurance | 136.99 | 136.90 |
| Dividends/Interest | | | | Real Estate Taxes | 121.58 | 121.58 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowners Assn. Dues | | |
| | | | | Other | | 10.29 |
| **Total** | $ 7,390.37 | $ | $ 7,390.37 | **Total** | $ 822.78 | $ 946.31 |

*****Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.**

**Describe Other Income**    *Notice:* Alimony, child support, or separate maintenance income need not be revealed if the Borrower(B) or Co-Borrower(C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |

Uniform Residential Loan Application
Freddie Mac Form 65   7/05 (rev. 6/09)
IDS, Inc. - 35485



Fannie Mae Form 1003   7/05 (rev. 6/09)

Kearney 000516

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.

Completed ☐ Jointly ☒ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities, which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | | | |
| | | **LIABILITIES** | **Monthly Pmt. & Months Left to Pay** | **Unpaid Balance** |
| *List checking and savings accounts below* | | | | |
| Name and address of Bank, S&L, or Credit Union **Park Community FCU Checking Account** | | Name and address of Company **CAPITAL ONE PO BOX 30281 SALT LAKE CITY, UT 84130** | $ Payment/Months **76.00 / 0** | $ **2,759.00** |
| Acct. No. | $ 10,000.00 | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company **CBNA PO BOX 6497 SIOUX FALLS, SD 57117** | $ Payment/Months **61.00 / 0** | $ **2,089.00** |
| Acct. No. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company **CREDIT COLL PO BOX 607 NORWOOD, MA 02062** | $ Payment/Months **317.00 / 0** | $ **317.00** |
| Acct. No. | $ | Acct. No. | | |
| Stocks & Bonds (Company name/ number & description) | $ | Name and address of Company **CREDIT COLLECTION SERV 725 CANTON ST NORWOOD, MA 02062** | $ Payment/Months **109.00 / 0** | $ **109.00** |
| | | Acct. No. | | |
| Life insurance net cash value Face amount: $ | $ | Name and address of Company **DFS/WEBBANK PO BOX 81607 AUSTIN, TX 78708** | $ Payment/Months **53.00 / 0** | $ **1,649.00** |
| **Subtotal Liquid Assets** | $ 10,000.00 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 164,284.00 | Acct. No. | | |
| | | Name and address of Company **FREEDOM MTG 907 PLEASANT VALLEY AVE MOUNT LAUREL, NJ 08054** | $ Payment/Months **875.00 / 0** | $ **115,845.53** |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | Acct. No. | | |
| Automobiles owned (make and year) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job Related Expense (child care, union dues, etc.) | $ | |
| | | **Total Monthly Payments** | **$2,283.00** | |
| **Total Assets a.** | $ **174,284.00** | **Net Worth (a minus b) ▶** $ **-1,638.53** | **Total Liabilities b.** | $ **175,922.53** |

**Schedule of Real Estate Owned** (if additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) ▼ | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| **281 Hare Ln Mount Washington, KY 40047-6018** **RT** | **SFR** | $ **164,284.00** | $ **115,845.53** | $ **0.00** | $ **875.00** | $ **0.00** | $ **0.00** |
| | | $ | $ | $ | $ | $ | $ |
| | | $ | $ | $ | $ | $ | $ |
| Totals | | $ **164,284.00** | $ **115,845.53** | $ **0.00** | $ **875.00** | $ **0.00** | $ **0.00** |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |
| | | |

## VII. DETAILS OF TRANSACTION

| | | |
|---|---|---:|
| a. | Purchase price | $ 0.00 |
| b. | Alterations, improvements, repairs | $ 0.00 |
| c. | Land (if acquired separately) | $ 0.00 |
| d. | Refinance (incl. debts to be paid off) | $ 0.00 |
| e. | Estimated prepaid items | $ 0.00 |
| f. | Estimated closing costs | $ 0.00 |
| g. | PMI, MIP, Funding Fee | $ 0.00 |
| h. | Discount (If Borrower will pay) | $ 0.00 |
| i. | Total costs (add items a through h) | $ 0.00 |
| j. | Subordinate financing | $ 0.00 |
| k. | Borrower's closing costs paid by Seller | $ 0.00 |
| l. | Other Credits (explain) | $ |
| m. | Loan amount (exclude PMI, MIP, Funding Fee financed) | $ 32,000.00 |
| n. | PMI, MIP, Funding Fee financed | $ 0.00 |
| o. | Loan amount (add m & n) | $ 32,000.00 |
| p. | Cash from/to Borrower (subtract j, k, l & o from i) | $ -32,000.00 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|
| a. Are there any outstanding judgments against you? | ☐ | ☒ | ☐ | ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ | ☒ | ☐ | ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☒ | ☐ | ☐ |
| d. Are you a party to a lawsuit? | ☐ | ☒ | ☐ | ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ | ☒ | ☐ | ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond or loan guarantee? If "Yes," give details as described in the preceding question | ☐ | ☒ | ☐ | ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☒ | ☐ | ☐ |
| h. Is any part of the down payment borrowed? | ☐ | ☒ | ☐ | ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ | ☒ | ☐ | ☐ |
| j. Are you a U.S. citizen? | ☒ | ☐ | ☐ | ☐ |
| k. Are you a permanent resident alien? | ☐ | ☒ | ☐ | ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☒ | ☐ | ☐ | ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☒ | ☐ | ☐ | ☐ |
| (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| (2) How did you hold title to the home-solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | | | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

**Acknowledgement.** Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

**See the attached Demographic Information Addendum.**

| Loan Originator's Signature X | | Date 1/10/2020 |
|---|---|---|
| Loan Originator's Name (print or type) **Kevin Christopher Quick** | Loan Originator Identifier **855430** | Loan Originator's Phone Number (including area code) **888-584-3600** |
| Loan Origination Company's Name **Republic Bank & Trust Company** | Loan Origination Company Identifier **402606** | Loan Origination Company's Address **438 Highway 44 East Shepherdsville, KY 40165** |

Uniform Residential Loan Application
Freddie Mac Form 65    7/05 (rev. 6/09)
IDS, Inc. - 35485

Page 4 of 5

Fannie Mae Form 1003    7/05 (rev. 6/09)

Kearney 000518

**CONTINUATION SHEET/RESIDENTIAL LOAN APPLICATION**

| | |
|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower | Borrower: **Kelly Kearney**<br><br>Co-Borrower: |
| | Agency Case Number<br><br>Lender Case Number<br>**83613811** |

### VI. ASSETS AND LIABILITIES

| ASSETS | CASH OR MARKET VALUE | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| | | **FT KNOX CU**<br>**1175 PERSHING DR.**<br>**FORT KNOX, KY 40121** | $ Payment/Months<br>**678.00 / 61** | $<br>**40,432.00** |
| Acct. No. | | Acct. No. | | |
| | | **FT KNOX CU**<br>**1175 PERSHING DR.**<br>**FORT KNOX, KY 40121** | $ Payment/Months<br>**333.00 / 36** | $<br>**11,783.00** |
| Acct. No. | | Acct. No. | | |
| | | **PARKCOMM FCU**<br>**6101 FERN VALLEY R**<br>**LOUISVILLE, KY 40228** | $ Payment/Months<br>**119.00 / 9** | $<br>**896.00** |
| Acct. No. | | Acct. No. | | |
| | | **SYNCB/LOW**<br>**PO BOX 956005**<br>**ORLANDO, FL 32896** | $ Payment/Months<br>**50.00 / 0** | $<br>**288.00** |
| Acct. No. | | Acct. No. | | |
| | | **SYNCB/PPC**<br>**PO BOX 965005**<br>**ORLANDO, FL 32896** | $ Payment/Months<br>**38.00 / 0** | $<br>**181.00** |
| Acct. No. | | Acct. No. | | |
| | | | $ Payment/Months | $ |
| Acct. No. | | Acct. No. | | |
| | | | $ Payment/Months | $ |
| Acct. No. | | Acct. No. | | |
| | | | $ Payment/Months | $ |
| Acct. No. | | Acct. No. | | |
| | | | $ Payment/Months | $ |
| Acct. No. | | Acct. No. | | |
| | | | $ Payment/Months | $ |
| Acct. No. | | Acct. No. | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code. Section 1001, et seq.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |



Kearney 000519

ULI: X6T32LKEPUT8LQMW6755BC002071551902

## Demographic Information Addendum. This section asks about your ethnicity, sex, and race.

**Demographic Information of Borrower**

**The purpose of collecting this information** is to help ensure that all applicants are treated fairly and that the housing needs of communities and neighborhoods are being fulfilled. For residential mortgage lending, Federal law requires that we ask applicants for their demographic information (ethnicity, sex, and race) in order to monitor our compliance with equal credit opportunity, fair housing, and home mortgage disclosure laws. You are not required to provide this information, but are encouraged to do so. You may select one or more designations for "Ethnicity" and one or more designations for "Race." **The law provides that we may not discriminate** on the basis of this information, or on whether you choose to provide it. However, if you choose not to provide the information and you have made this application in person, Federal regulations require us to note your ethnicity, sex, and race on the basis of visual observation or surname. The law also provides that we may not discriminate on the basis of age or marital status information you provide in this application. If you do not wish to provide some or all of this information, please check below.

**Ethnicity:** *Check one or more*
☐ Hispanic or Latino
　☐ Mexican　☐ Puerto Rican　☐ Cuban
　☐ Other Hispanic or Latino – *Print origin:*
　_____
　*For example: Argentinean, Colombian, Dominican,*
　*Nicaraguan, Salvadoran, Spaniard, and so on.*
☑ Not Hispanic or Latino
☐ I do not wish to provide this information

**Sex**
☐ Female
☑ Male
☐ I do not wish to provide this information

**Race:** *Check one or more*
☐ American Indian or Alaska Native – *Print name of enrolled or*
　*principal tribe:* _____
☐ Asian
　☐ Asian Indian　☐ Chinese　☐ Filipino
　☐ Japanese　☐ Korean　☐ Vietnamese
　☐ Other Asian – *Print race:* _____
　*For example: Hmong, Laotian, Thai, Pakistani, Cambodian, and so on.*
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
　☐ Native Hawaiian　☐ Guamanian or Chamorro　☐ Samoan
　☐ Other Pacific Islander – *Print race:*
　_____
　*For example: Fijian, Tongan, and so on.*
☑ White
☐ I do not wish to provide this information

| To Be Completed by Financial Institution (*for application taken in person*): | |
|---|---|
| Was the ethnicity of the Borrower collected on the basis of visual observation or surname? | ○ NO　○ YES |
| Was the sex of the Borrower collected on the basis of visual observation or surname? | ○ NO　○ YES |
| Was the race of the Borrower collected on the basis of visual observation or surname? | ○ NO　○ YES |

**The Demographic Information was provided through:**

○ Face-to-Face Interview (*includes Electronic Media w/ Video Component*)　● Telephone Interview　○ Fax or Mail　○ Email or Internet

---

**Borrower Name:** Kelly Kearney

Uniform Residential Loan Application
Freddie Mac Form 65 • Fannie Mae Form 1003
*Revised 09/2017*



Kearney 000520

Loan Number: **83613811**

# AKA STATEMENT

Borrower   **Kelly Kearney**

This is to certify that the undersigned **BORROWER**, whose name appears on documents related to the purchase and/or financing of the referenced property located at **281 Hare Ln, Mount Washington, KY  40047-6018**, is one and the same person as:

**KELLO KEARLY**
**Kelly L Kearney**
**Kelly Lee Kearney**

**January 10, 2020**
Date                                                                       **Kelly Kearney**

**STATE  OF    KENTUCKY,**                                   **County ss:**

The foregoing instrument was acknowledged before me this **10th day of January, 2020** by **Kelly Kearney**.

Witness my hand and official seal.

My Commission Expires:

                                                                                                (Seal)

_____
Notary Public

AKA Statement                                          Page 1 of 1
IDS, Inc. - 33712



Kearney 000521