Filed    23-CI-00664    08/28/2023    Paulita Keith, Bullitt Circuit Clerk

Kearny000001

NOT ORIGINAL DOCUMENT
01/26/2024 12:17:03 PM
86930

AOC-E-105  Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    Courts.ky.gov

CR 4.02; Cr Official Form 1



## CIVIL SUMMONS

Case #: **23-CI-00664**
Court: **CIRCUIT**
County: **BULLITT**

*Plantiff*, REPUBLIC BANK & TRUST COMPANY VS. KEARNEY, KELLY ET AL, *Defendant*

TO: **KELLY KEARNEY**
**353 LUTZ LANE**
**SHEPHERDSVILLE, KY 40165**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*
Bullitt Circuit Clerk
Date: **8/23/2023**

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☑ Not Served because: UTS Fathers house. Does not live here.

Date: Aug 25th, 2023

Served By: M. Mullens 1229

Title: Deputy

Summons ID: @00000233274 , BULLITT COUNTY SHERIFF
CIRCUIT: 23-CI-00664 Sheriff Service
REPUBLIC BANK & TRUST COMPANY VS. KEARNEY, KELLY ET AL



Filed    23-CI-00664    08/28/2023    Page 1 of 1    Paulita Keith, Bullitt Circuit Clerk

eFiled

Presiding Judge: HON. RODNEY BURRESS (655271)
package : 000002 of 000030
CI : 000001 of 000001
AOS : 000001 of 000004

Filed                    23-CI-00664      08/28/2023              Paulita Keith, Bullitt Circuit Clerk
Kearny000002
NOT ORIGINAL DOCUMENT
01/26/2024 12:17:03 PM
86930
package : 000001 of 000030

AOC-E-565
Ver. 11-14

Commonwealth of Kentucky
Court of Justice    Courts.ky.gov



**SUMMARY OF FUNDS COLLECTED**

Case #: **23-CI-00664**
Court: **CIRCUIT**
County: **BULLITT**

To the Sheriff of <u>BULLITT</u> County:

Please be advised that the <u>BULLITT</u> County Circuit Clerk's office will remit the total fees listed below.

|  |  |
|---|---|
| Service Fee: | $60.00 |
| Copy Fee: | $2.90 |
| Total: | $62.90 |

| | |
|---|---|
| Party: | KELLY KEARNEY |
| Package ID: | @00000233274 |
| Payment Method: | Credit Card Preauth |

| | |
|---|---|
| eFiler: | TAYLOR HAMILTON |
| Address: | MORGAN POTTINGER MCGARVEY<br>401 SOUTH FOURTH STREET, SUITE 1200 LOUISVILLE KY 40202 |
| Phone: | 502-572-7058 |

/s/ Paulita Keith, Bullitt Circuit Clerk

Date: 08/23/2023

FILED: CI  23-CI-00664   Paulita Keith, Bullitt Circuit Clerk



Page 1 of 1


eFiled

Filed                    23-CI-00664      08/28/2023              Paulita Keith, Bullitt Circuit Clerk
AOS : 000002 of 000004

NOT ORIGINAL
DOCUMENT
01/26/2024 12:17:03 PM
86930

## *Bullitt County Sheriff's Office*

# CIVIL SUMMONS COVER SHEET

CASE: **23CI00664**       NAME: **KELLY KEARNEY**

ADDRESS: **353 LUTZ LANE, 40165**

| Radio # | Date and Time | Details (Contact?, Served?, Moved?, Important Details, etc) |
|---|---|---|
| 1309 | 8/24/2023 9:27AM | PRINTED AND PUT IN SOUTH BOX. |
| 922 | 8/25/23 2004 | UTS Doesn't live here. Fathers residence. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

ADDITIONAL INFORMATION:

_____
_____
_____
_____

BCSO Form 221       04/2019

Filed                    23-CI-00664    08/28/2023              Paulita Keith, Bullitt Circuit Clerk

Kearny000004

NOT ORIGINAL DOCUMENT
01/26/2024 12:17:03 PM
86930

AOS : 000004 of 000004

Filed                    23-CI-00664    08/28/2023              Paulita Keith, Bullitt Circuit Clerk