**UNITED STATES DISTRICT COURT**
Western District of Kentucky
Louisville Division

| | |
|---|---|
| James Kelly Kearney<br>*Plaintiff* | )<br>)<br>) |
| v. | ) Case No. 3:24-cv-299- CHB-CHL |
| Morgan & Pottinger, P.S.C.<br>*Defendant* | )<br>)<br>)<br>) |

**ORDER**

Defendant Morgan & Pottinger, P.S.C.'s motion for summary judgment is HEREBY DENIED.

.