UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| JAMES KELLY KEARNEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:24-CV-299-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| MORGAN & POTTINGER, P.S.C., | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1.  Defendant's Motion for Summary Judgment, [**R. 24**], is **GRANTED**.

2.  This action is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

3.  This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 12th day of August, 2026.

*Claria Horn Boom*

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY