## UNITED STATES

## DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: 3:24-cv-00299-CHB-CHL

Case title being appealed: James Kelly Kearney v. Morgan & Pottinger, P.S

Date of final judgment or order being appealed: 08/12/2026

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

James Kelly Kearney

Date: 09/10/2026

Signature: James Lawson

Name: James H. Lawson

Address: Lawson at Law, PLLC

P.O. Box 1286

Shelbyville, KY 40066

Phone Number: 502-473-6525

Email Address: james@lawsonatlaw.