UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| James Kelly Kearney, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:24-cv-299-CHB-RSE |
| | ) |
| v. | ) |
| | ) |
| Morgan & Pottinger, P.S.C., | ) |
| | ) |
| Defendant. | ) |

# Itemization for Bill of Costs

In support of its tendered bill of costs, defendant Morgan & Pottinger, P.S.C. provides the following itemization of fees for printed or electronically recorded transcripts necessarily obtained for use in the case:

1. James Kelly Kearney……………………………………….. $433.85
2. Kelly Lee Kearney……………………………………..…$418.15
3. Korey and Kimberly Kearney……………………………… $344.20
4. Alan Kearney……………………………………………… $215.35

**TOTAL……………………………………………………….$1411.55**

Invoices for each deposition are attached.

Respectfully submitted,

*/s/ John H. Dwyer, Jr.*

Marcia L. Pearson
John H. Dwyer, Jr.
J. Trey Shoemaker
Wilson Elser Moskowitz Edelman
& Dicker, LLP
100 Mallard Creek Rd., Suite 250
Email: marcia.pearson@wilsonelser.com
john.dwyer@wilsonelser.com
trey.shoemaker@wilsonelser.com
*Counsel for Defendant, Morgan & Pottinger, P.S.C.*

# INVOICE



KENTUCKIANA
COURT REPORTERS
(877)808-5856

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 143736 | 8/19/2025 | 121625 |
| **Job Date** | **Case No.** | |
| 8/8/2025 | 3:24-CV-299-CHB-RSE | |
| **Case Name** | | |
| James Kelly Kearney v. Morgan & Pottinger, P.S.C. | | |
| **Payment Terms** | | |
| Net 30 | | |

John Dwyer, Jr.
Wilson Elser Moskowitz Edelman & Dicker - Louisville
100 Mallard Creek Road
Suite 250
Louisville, KY 40207

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT W/ VIDEO OF:
James Kearney

| | |
|---|---|
| | 433.85 |
| **TOTAL DUE >>>** | **$433.85** |
| AFTER 9/18/2025 PAY | $446.87 |

Location of Job : Wilson Elser Moskowitz Edelman & Dicker - Louisville
100 Mallard Creek Road
Suite 250
Louisville, KY 40207

Terms are Net 30 days. Past due amounts will be charged a 3% late fee.

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

RECEIVED
AUG 25 2025
BY:

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

John Dwyer, Jr.
Wilson Elser Moskowitz Edelman & Dicker -
Louisville
100 Mallard Creek Road
Suite 250
Louisville, KY 40207

Invoice No. : 143736
Invoice Date : 8/19/2025
**Total Due : $433.85**
AFTER 9/18/2025 PAY $446.87

Job No. : 121625
BU ID : KY CV
Case No. : 3:24-CV-299-CHB-RSE
Case Name : James Kelly Kearney v. Morgan & Pottinger, P.S.C.

Remit To: **Kentuckiana Reporters**
**PO Box 3983**
**Louisville, KY 40201**

# INVOICE



KENTUCKIANA
COURT REPORTERS
(877)808-5856

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 141271 | 7/18/2025 | 119302 |
| **Job Date** | **Case No.** | |
| 6/26/2025 | 3:24-CV-299-CHB-RSE | |
| **Case Name** | | |
| James Kelly Kearney v. Morgan & Pottinger, P.S.C. | | |
| **Payment Terms** | | |
| Net 30 | | |

John Dwyer, Jr.
Wilson Elser Moskowitz Edelman & Dicker - Louisville
100 Mallard Creek Road
Suite 250
Louisville, KY 40207

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT W/ VIDEO OF:
Kelly Lee Kearney

| | |
|---|---|
| | 418.15 |
| **TOTAL DUE >>>** | **$418.15** |
| AFTER 8/17/2025 PAY | $430.69 |

Location of Job : Wilson Elser Moskowitz Edelman & Dicker - Louisville
100 Mallard Creek Road
Suite 250
Louisville, KY 40207

Terms are Net 30 days. Past due amounts will be charged a 3% late fee.

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 12.54 |
| **(=) New Balance:** | **$430.69** |

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

John Dwyer, Jr.
Wilson Elser Moskowitz Edelman & Dicker - Louisville
100 Mallard Creek Road
Suite 250
Louisville, KY 40207

Invoice No. : 141271
Invoice Date : 7/18/2025
**Total Due : $430.69**

Remit To: **Kentuckiana Reporters**
**PO Box 3983**
**Louisville, KY 40201**

Job No. : 119302
BU ID : KY CV
Case No. : 3:24-CV-299-CHB-RSE
Case Name : James Kelly Kearney v. Morgan & Pottinger, P.S.C.

# INVOICE



KENTUCKIANA
COURT REPORTERS
(877)808-5856

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 143605 | 8/20/2025 | 121626 |

| Job Date | Case No. |
|---|---|
| 8/8/2025 | 3:24-CV-299-CHB-RSE |

| Case Name |
|---|
| James Kelly Kearney v. Morgan & Pottinger, P.S.C. |

| Payment Terms |
|---|
| Net 30 |

John Dwyer, Jr.
Wilson Elser Moskowitz Edelman & Dicker, LLP -
Louisville
100 Mallard Creek Road
Suite 250
Louisville, KY 40207

| | |
|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: Kimberly Kearney | 204.10 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: Korey Kearney | 140.10 |
| **TOTAL DUE >>>** | **$344.20** |
| AFTER 9/19/2025 PAY | $354.53 |

Location of Job : Wilson Elser Moskowitz Edelman & Dicker - Louisville
100 Mallard Creek Road
Suite 250
Louisville, KY 40207

Terms are Net 30 days. Past due amounts will be charged a 3% late fee.

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 10.33 |
| **(=) New Balance:** | **$354.53** |

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

John Dwyer, Jr.
Wilson Elser Moskowitz Edelman & Dicker, LLP -
Louisville
100 Mallard Creek Road
Suite 250
Louisville, KY 40207

Invoice No. : 143605
Invoice Date : 8/20/2025
**Total Due : $354.53**

Remit To: **Kentuckiana Reporters**
**P.O. Box 3983**
**Louisville, KY 40201**

Job No. : 121626
BU ID : KY C
Case No. : 3:24-CV-299-CHB-RSE
Case Name : James Kelly Kearney v. Morgan & Pottinger, P.S.C.

# INVOICE



KENTUCKIANA
COURT REPORTERS
(877)808-5856

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 141202 | 7/18/2025 | 119027 |
| **Job Date** | **Case No.** | |
| 6/26/2025 | 3:24-CV-299-CHB-RSE | |
| **Case Name** | | |
| James Kelly Kearney v. Morgan & Pottinger, P.S.C. | | |
| **Payment Terms** | | |
| Net 30 | | |

J. Trey Shoemaker
Wilson Elser Moskowitz Edelman & Dicker - Louisville
100 Mallard Creek Road
Suite 250
Louisville, KY 40207

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Alan Kearney

| | |
|---|---|
| | 215.35 |
| **TOTAL DUE >>>** | **$215.35** |
| AFTER 8/17/2025 PAY | $221.81 |

Location of Job : Wilson Elser Moskowitz Edelman & Dicker - Louisville
100 Mallard Creek Road
Suite 250
Louisville, KY 40207

Terms are Net 30 days. Past due amounts will be charged a 3% late fee.

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 6.46 |
| **(=) New Balance:** | **$221.81** |

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

J. Trey Shoemaker
Wilson Elser Moskowitz Edelman & Dicker -
Louisville
100 Mallard Creek Road
Suite 250
Louisville, KY 40207

Invoice No. : 141202
Invoice Date : 7/18/2025
**Total Due : $221.81**

Remit To: **Kentuckiana Reporters**
**P.O. Box 3983**
**Louisville, KY 40201**

Job No. : 119027
BU ID : KY C
Case No. : 3:24-CV-299-CHB-RSE
Case Name : James Kelly Kearney v. Morgan & Pottinger, P.S.C.