**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 17, 2026

Mr. John H. Dwyer Jr.
Wilson Elser
100 Mallard Creek Road
Suite 250
Louisville, KY 40207

Mr. James Hays Lawson
Law Office
P.O. Box 1286
Shelbyville, KY 40066

Re: Case No. 26-5809
*James Kearney v. Morgan & Pottinger, P.S.C.*
Originating Case No. 3:24-cv-00299

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Mr. James J. Vilt Jr.

Enclosure

No mandate to issue

Case No. 26-5809

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

JAMES KELLY KEARNEY

Plaintiff - Appellant

v.

MORGAN & POTTINGER, P.S.C.

Defendant - Appellee

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,**
**RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: November 17, 2026

Kelly L. Stephens